**Opinion issued July 13, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00533-CV
_____

## JOHN DAVID CARRASCO, Appellant

## V.

## IMRAN PISHORI, Appellee

---

**On Appeal from County Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1167072**

---

## MEMORANDUM OPINION

Appellant John David Carrasco has neither established indigence for purposes

of court costs nor paid or made arrangements to pay the fee for preparing the clerk's

record. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 37.3(a), (b). On September 12,

2022, we notified Appellant that his appeal could be dismissed for want of

prosecution if the clerk's record was not filed. We directed Appellant to submit written evidence from the trial court clerk that he paid or made arrangements to pay the fee for preparing the clerk's record by October 12, 2022. To date, Appellant has not responded to this Court's notice and a clerk's record has not been filed. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.